**Dismissed and Opinion Filed November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01453-CR

**JIMMY CHARLES JOHNSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-72894-HV**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

In 1995, Jimmy Johnson was convicted of murder. Sentence of life imprisonment and a $10,000 fine was imposed in open court on August 24, 1995. Appellant's conviction was affirmed on direct appeal. *Johnson v. State*, No. 05-95-01249-CR, 1997 WL 393191 (Tex. App.—Dallas July 15, 1997, pet. ref'd) (not designated for publication). The Court now has before it appellant's November 12, 2014 "amended notice of appeal." In the notice of appeal, appellant does not reference any new appealable order entered by the trial court. Rather, he challenges his 1995 conviction.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.*

at 523. Appellant's November 12, 2014 "amended notice of appeal" is untimely as to the August 24, 1995 sentencing date. *See* TEX. R. APP. P. 26.2(a); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeal for want of jurisdiction.


/David L. Bridges/

Do Not Publish                                     DAVID L. BRIDGES
TEX. R. APP. P. 47                                   JUSTICE
141453F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY CHARLES JOHNSON, Appellant

No. 05-14-01453-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F95-72894-HV.
Opinion delivered by Justice Bridges,
Justices Lang-Miers and Myers
participating.


Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.


Judgment entered November 18, 2014.